1004

No. 05–322. HANNA v. MASSACHUSETTS TURNPIKE AUTHORITY. App. Ct. Mass. Certiorari denied. ■

No. 05–340. FRANKLIN ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 05–412. WILLIAMS v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied. ■

No. 05–418. McWILLIAMS v. LANGHAM. Sup. Ct. Fla. Certiorari denied. ■

No. 05–427. ROBERTS v. TITUS COUNTY MEMORIAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 05–436. BUSH v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. ■

No. 05–440. REIGLER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. ■

No. 05–446. CLIFTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–472. DAVIS v. CALLAHAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 05–5175. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 05–5544. THONG LE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. ■

No. 05–5638. HARDRIDGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ■

No. 05–6080. SOLIS SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. ■